**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
-------------------------------------------------------x
DARRYL SEELHORST and JAMES
TAWN VIGIE,

      **Plaintiffs,**

      v.

IMMUNOMEDICS, INC.,

      **Defendant.**
-------------------------------------------------------x

NO.: 22-cv-0098

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendant has neither answered nor moved for summary judgment, undersigned counsel on behalf of Plaintiffs hereby voluntarily dismiss without prejudice Plaintiffs' claims against Defendants.

Dated: New York, New York
         March 24, 2022

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

By: /s/ Lucas C. Buzzard
Lucas C. Buzzard
32 Broadway, Suite 601
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*

**SO ORDERED.** The Clerk of Court shall CLOSE this matter.

_____
Hon. Esther Salas, U.S.D.J.
Dated: March 25, 2022